# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-0590
Lower Tribunal No. 2024-SC-019696

_____

JOHANN BOWMAN,

Appellant,

v.

AIRBNB, INC.,

Appellee.

_____

Appeal from the County Court for Orange County.
Adam McGinnis, Judge.

October 21, 2025

PER CURIAM.

AFFIRMED.

WHITE, SMITH and BROWNLEE, JJ., concur.


Johann Bowman, Jacksonville, pro se.

Anna D. Torres, of Wolfe | Pincavage, Miami, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED